UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
September 13, 2021 2:04 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 9-14

DERRICK LEE CARDELLO-SMITH, #267009,
ALL 37,000 PRISONERS THAT ARE
CURRENTLY/SIMILARLY SITUATED,
    Plaintiff,

VS

PROBABLE CAUSE CONFERENCE DIRECTOR,
83 COUNTY CHIEF CIRCUIT COURT JUDGES
JAMES SCHIEBNER, WARDEN
83 COUNTY PROSECUTOR's FOR MICHIGAN
STATE COURT ADMINISTRATOR'S PROBABLE CAUSE CONFERENCE SUPERVISOR,
WAYNE COUNTY PROSECUTOR KIM L. WORTHY,
ALL 83 COUNTY DISTRICT COURT JUDGES,
ALL 83 COUNTY MAGISTRATE JUDGES,
83 COUNTY PRISON WARDEN'S,
HEIDI WASHINGTON, MDOC DIRECTOR

    Defendants, et al.,

Case No _____

1:21-cv-794
Sally J. Berens
U.S. Magistrate Judge

WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2254 BY
PERSONS IN STATE CUSTODY AND

&

DISTRICT COURT ORDER
GRANTING REQUEST FOR CLASS ACTION CERTIFICATION AND
ALLOWING FOR TRANSFER OR ALL CASES TO
BE TRANSFERRED BACK TO THE RESPECTIVE
CRIMINAL DISTRICT COURT FOR FAILURE TO PROVIDE THE
PRISONER(S) WITH THE RIGHTFUL PROBABLE CAUSE
CONFERENCE AS GUARANTEED BY MCR 6.108 REMOVING
ANY SUBJECT-MATTER OR PERSONAL-MATTER JURISDICTION
TO IMPOSE THE JUDGEMENT OF SENTENCE AND
REQUIRING GRANTING OF THE PENDING ACTION

Now Comes the Plaintiff, Derrick Lee Cardello-Smith, in Pro Se and in the above cause under 28 U.S.C. § 2254 and hereby moves this court to GRANT THE WRIT OF HABEAS CORPUS AND THE DISTRICT COURT ORDER GRANTING CLASS ACTIONS CERTIFICATION and placement of the order on the record.

This WRIT is being made to this court because the COURT HAS SOLE JURISDICTION OVER THESE ISSUES.. The Relief Sought in the Complaint has been argued and articulated and as such, the Plaintiff seeks to have the Court Grant the Relief of GRANTING THE ORDER AND THE WRIT OF HABEAS CORPUS.

RELIEF SOUGHT

Wherefore, Plaintiff prays this Court will enter an order GRANTING THE WRIT OF HABEAS CORPUS AND CLASS ACTION CERTIFICATION to all $37,000 of the Prisoners Currently/Similarly Situated, and grant any further relief this court deem necessary and appriprate.

Respectfully Yours,
*Derrick* /s/
Mr. Derrick Lee Cardello-Smith
#267009-142B
MCF--2400 S. Sheridan Drive
Muskegon, MI 49442

MR. DERRICK LEE CARDELLO-SMITH
#267009-5-147B
MUSKEGON CORRECTIONAL FACILITY
2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

SEPTEMBER 7, 2021

CLERK OF THE COURT
399 FEDERAL BUILDING
GRAND RAPIDS, MI 49503

RE: DERRICK LEE CARDELLO-SMITH VS PROBABLE CAUSE CONFERENCE DIRECTOR, et al,
    CASE NO N21 FILING

DEAR CLERK:
  ENCLOSED FOR FILING IN THE ABOVE CAUSE, ARE THE FOLLOWING DOCUMENTS:
  $5.00 FILING FEE
  WRIT OF HABEAS CORPUS
  DISTRICT COURT ORDER GRANTING REQUEST FOR CLASS ACTION CERTIFICATION

IF YOU COULD PLEASE ASSIGN A CASE NUMBER AND JUDGE TO THIS MATTER, IT WOULD BE GREATLY APPRECIATED.

RESPECTFULLY YOURS,

MR. DERRICK LEE CARDELLO-SMITH

MR. DERRICK LEE CARDELLO-SMITH
#267009-5-147B
MUSKEGON CORRECTIONAL FACILITY
2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

GRAND RAPIDS MI 49_
8 SEP 2021  PM 1 L

U.S. POSTAGE ›› PITNEY BOWES
ZIP 49442 $ 000.53⁰
02 4W
0000362114 SEP 07 2021

CLERK OF THE COURT
399 FEDERAL BUILDING
110 MICHIGAN STREET
GRAND RAPIDS, MI 49503