FILED - GR
October 4, 2021 1:03 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 10-4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE SMITH, #267009,
    Petitioner/Plaintiff,

vs

PROBABLE CAUSE CONFERENCE DIRECTOR,
    Respondents/Defendants Et al,

Case No 1:21-cv-00794S
HON. SALLIEY J. BERENS
PRESIDING MAGISTRATE JUDGE

PRISONER NORTH, PRISONER RHONE, PRISONER PRESTON, PRISONER HAMMOND, PRISONER ELZRA JOHNSON, PRISONER SIEBERT, PRISONER HARDY, PRISONER FERGUSON, PRISONER HERRERRA, PRISONER HARRERRA, PRISONER BEARD, PRISONER ROPER, PRISONER CHERRY, PRISONER ODUM, PRISONER CLAY, PRISONER FORD, PRISONER AMBROSE, PRISONER CARTER, PRISONER BANE, PRISONER BLACKSHERE, PRISONER MOORE, PRISONER JOHNSON, PRISONER OLMSTEAD, PRISONER KLINE,
**FOR PROBABLE CAUSE CONFERENCE REMAND VIDEO-CONFERENCE LIST**

Petitioner/Plaintiff, Derrick Lee Cardello-Smith, hereby submits the above names and here for placement on the list of witnesses to be deposed for the remand list for probable cause conference in the State District Courts. The names are as follows:

PRISONER NORTH, PRISONER RHONE, PRISONER PRESTON, PRISONER HAMMOND PRISONER ELZRA JOHNSON, PRISONER SIEBERT, PRISONER HARDY, PRISONER FERGUSON, PRISONER HERRERRA, PRISONER HARRERRA, PRISONER BEARD, PRISONER ROPER, PRISONER CHERRY, PRISONER ODUM, PRISONER CLAY, PRISONER FORD, PRISONER AMBROSE, PRISONER CARTER, PRISONER BANE, PRISONER BLACKSHERE, PRISONER MOORE, PRISONER JOHNSON, PRISONER OLMSTEAD, PRISONER KLINE, FOR PROBABLE CAUSE CONFERENCE REMAND VIDEO-CONFERENCE LIST HEARINGS AND DEPOSITIONS.

Please place this matter for hearing on The Courts Docket and Notify me that it has in fact been submitted and docketed.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith

Name  MR. DERRICK LEE CARDELLO-SMITH
Number  #267009-5-147B
Address  2400 S. SHERIDAN DRIVE
         MUSKEGON, MI 49442
Address  _____



OFFICE OF THE CLERK
U.S. DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN ST. NW
GRAND RAPIDS, MI 49503

49503$2363 C040


