UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DERRICK LEE SMITH,

                Petitioner,

v.

PROBABLE CAUSE CONFERENCE
DIRECTOR et al.,

                Respondents.

_____/

Case No. 1:21-cv-794

Honorable Sally J. Berens

**ORDER**

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. Petitioner has consented to the conduct of all proceedings in this case, including entry of a final judgment and all post-judgment matters, by a magistrate judge. (ECF No. 3.) By opinion, order, and judgment issued on October 5, 2021 (ECF Nos. 13, 14, 15), the Court dismissed Petitioner's habeas petition for failure to raise a meritorious federal claim. Petitioner has since filed a serial stream of motions seeking to avoid that disposition. This matter is presently before the Court on Petitioner's most recent motion for reconsideration. He requests the same relief he has requested in prior motions: he contends the Court should permit him to amend his petition. For all the same reasons the Court denied Petitioner's prior motions, as set forth in this Court's order entered January 11, 2022, (ECF No. 46), the Court denies this motion as well. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for reconsideration (ECF No. 47) is **DENIED**.

Dated: March 23, 2022

           /s/ Sally J. Berens
           SALLY J. BERENS
           U.S. Magistrate Judge