UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DERRICK LEE SMITH,

        Petitioner,

v.

    Case No. 1:21-cv-794

    Honorable Sally J. Berens

PROBABLE CAUSE CONFERENCE
DIRECTOR et al.,

        Respondents.

_____/

## **ORDER**

      This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. Petitioner has consented to the conduct of all proceedings in this case, including entry of a final judgment and all post-judgment matters, by a magistrate judge. (ECF No. 3.) By opinion, order, and judgment issued on October 5, 2021 (ECF Nos. 13, 14, and 15), the Court dismissed Petitioner's habeas petition for failure to raise a meritorious federal claim. Petitioner appealed that decision to the Sixth Circuit Court of Appeals. That court concluded that the petition was, in fact, second or successive and denied Petitioner leave to pursue it in this Court. (ECF No. 49.) Petitioner then asked this Court to reconsider its initial dismissal of the petition on the merits. (ECF No. 51.) Because the Sixth Circuit's order rendered moot the October 5, 2021 judgment dismissing the petition on the merits, there was no judgment to reconsider; so the Court denied Petitioner's motion. Undaunted, Petitioner has again asked the Court to reconsider the judgment mooted by the Sixth Circuit. (ECF No. 54.)

      Petitioner's motion will be denied as moot. Petitioner is advised that his recourse is with the Sixth Circuit Court of Appeals because that court determined his petition was second or

2

successive and that court denied permission to pursue the petition. The Court directs the Clerk to accept no further filings in this matter from Petitioner because the Sixth Circuit's determination deprives this Court of jurisdiction.

**IT IS HEREBY ORDERED** that Petitioner's motion for reconsideration (ECF No. 54) is **DENIED**.

Dated:   August 4, 2022                              /s/ Sally J. Berens
                                                    Sally J. Berens
                                                    United States Magistrate Judge