UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE SMITH #267009,

       Petitioner/ Plaintiff,                  Case No. 1:21−cv−00794−SJB

v.                                             Hon. Sally J. Berens

PROBABLE CAUSE CONFERENCE
DIRECTOR,

       Respondent/ Defendant.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received March 11, 2024 and orders the Clerk to reject the Miscellaneous Documents and return the document(s) to Derrick Lee Smith for the reason(s) noted below:

Pursuant to the Order entered October 5, 2023, this case is now closed.

IT IS SO ORDERED.

Dated:  March 11, 2024                       /s/ Sally J. Berens
                                                        SALLY J. BERENS
                                                        U.S. Magistrate Judge